JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
115 West First Street
Cloverdale, California 95425
(707) 894-5000
(707) 894-3127-*Fax*

Attorney for Plaintiff
JENNIFER SULLIVAN,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al., and DOES 1-10, inclusive<br><br>    Defendants. | UNLIMITED<br>Case No.: 19-cv-07014-<br><br>REQUEST FOR TELEPHONIC APPEARANCE FOR FEBRUARY 4, 2020 CASE MANAGEMENT CONFERENCE; ORDER<br>Date:    February 4, 2020<br>Time:    2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None<br>Action Filed: |

James F. DeMartini, counsel for Plaintiff, Jennifer Sullivan, respectfully requests to appear via telephone for the hearing scheduled on February 4, 2020 at 2:00 p.m. in Courtroom 2 of this Court, the Honorable Haywood S. Gilliam, Jr., presiding, on the Case Management Conference. Mr. DeMartini is the handling attorney for Plaintiff, Jennifer Sullivan in this action.

The parties have diligently worked toward preparing a Joint Case Management Statement.

Plaintiff's counsel expects the Case Management Hearing will take less than 10 court minutes. Plaintiff's counsel's drive to and from his Cloverdale office to

1

the Court's Oakland courthouse involves roughly 5 hours of drive-time. In order to avoid unnecessary expense for the Plaintiff, a telephonic appearance is requested and would be deeply appreciated.

Dated: 1-27-2020

Respectfully submitted,

James F. DeMartini

## ORDER

The request of James F. DeMartini to make a telephonic appearance at the February 4, 2020, 2:00 p.m., hearing for the Case Management Conference is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 1/28/2020

Haywood S. Gilliam, Jr.
United States District Judge