MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY
AND AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SULLIVAN<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive<br><br>　　　　　　Defendants. | CASE NO. 4:19-cv-07014-HSG<br><br>**AMCO INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR FEBRUARY 4, 2020 CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: February 4, 2020<br>Time: 2:00pm<br>Courtroom: 2<br>Judge: Haywood S. Gilliam, Jr. |

Pursuant to Local Rule 16-10, counsel for Defendants NATIONWIDE MUTUAL INSURANCE COMPANY AND AMCO INSURANCE COMPANY ("AMCO") hereby requests leave to attend the Case Management Conference ("CMC") scheduled for February 4, 2020 at 2:00 p.m. by telephone. AMCO would like to avoid the time and expense of the travel associated with counsel appearing in person at the CMC in Oakland, California.

///

///

AMCO therefore respectfully requests that the Court grant AMCO leave to appear telephonically at the February 4, 2020 Case Management Conference.

Dated: January 28, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jennifer N. Wahlgren*
Matthew S. Foy
Jennifer N. Wahlgren
Attorneys for Defendants
Nationwide Mutual Insurance Company and AMCO Insurance Company

## **ORDER**

Having reviewed the file and the request in this matter, IT IS SO ORDERED that Defendant AMCO INSURANCE COMPANY'S request to appear telephonically at the February 4, 2020 case management conference is hereby DENIED.

Dated: 1/29/2020

Judge Haywood S. Gilliam, Jr.