# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SULLIVAN | CASE No C 4:19-cv-07014-HSG |
| Plaintiff(s) | |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| NATIONWIDE MUTUAL INSURANCE CO. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 2-18-20

_____
Attorney for Plaintiff

Date: February 18, 2020

_____
Attorney for Defendant
Nationwide Mutual Ins. Co. and AMCO Ins.

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/19/2020

_____
U.S. DISTRICT JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019



American LegalNet, Inc.
www.FormsWorkFlow.com