```
 1  JAMES F. DeMARTINI (SBN 76220)
    Attorney at Law
 2  115 West First Street
    Cloverdale, California 95425
 3  (707) 894-5000
    (707) 894-3127-Fax
 4
 5  Attorney for Plaintiff
    JENNIFER SULLIVAN,
 6
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| JENNIFER SULLIVAN, | ) Case No.: 19-cv-07014 (HSG) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., and DOES 1-10, inclusive | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES; ORDER**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the February 24, 2020, Scheduling Order.

1

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

Dated: 3-19-20                    Respectfully submitted,

/s/ Jennifer Wahlgren
JENNIFER N. WAHLGREN (SBN: 249556)
Attorney for Defendant

JAMES F. DeMARTINI (SBN: 76220)
Attorney for Plaintiff

DATED: 3/23/2020

**DENIED**
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA