MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY
AND AMCO INSURANCE COMPANY


JAMES F. DeMARTINI
Attoney at Law
115 West First Street
Cloverdale, CA 95425
Telephone: (707) 894-5000
Facsimile: (707_ 894-3127

Attorney for Plaintiff
JENNIFER SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SULLIVAN<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive<br><br>　　　　　Defendants. | CASE NO. 4:19-cv-07014-HSG<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER [FRCP 41(A)]** |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Sullivan voluntarily dismisses the above-captioned action in its entirety, with prejudice. The parties to the action, including Plaintiff and Defendant AMCO Insurance Company, hereby stipulate to the dismissal by and through their counsel of record.[1]

The parties have agreed that each side shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April 8, 2020                    GORDON REES SCULLY MANSUKHANI, LLP

                                        By:  /s/  Jennifer N. Wahlgren
                                             Matthew S. Foy
                                             Jennifer N. Wahlgren
                                        Attorneys for Defendant
                                        Nationwide Mutual Insurance
                                        Company and AMCO Insurance
                                        Company

Dated: April 8, 2020

                                        By:  /s/  James F. DeMartini
                                             James F. DeMartini
                                        Attorneys for Plaintiff
                                        Jennifer Sullivan

**ATTESTATION OF E-FILED SIGNATURE**

I, Jennifer N. Wahlgren, am the ECF user whose ID and password are being used to file this Stipulation for Dismissal of Action with Prejudice. In compliance with Local Rule 5-1(i), I hereby attest that James F. DeMartini, counsel for Plaintiff Jennifer Sullivan, has concurred in this filing.

Dated: April 8, 2020                    /s/  Jennifer N. Wahlgren
                                        Jennifer N. Wahlgren

---

[1] Defendant Nationwide Mutual Insurance Company was dismissed on November 6, 2019.

# ORDER

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice. Each side shall bear its own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: 4/9/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge